IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN LACHAN,<br><br>Defendant. | ) No. CR 06-0029 MMC<br>)<br>) STIPULATION AND ORDER<br>) CONTINUING HEARING<br>) |

## STIPULATION

The parties agree to continue the hearing in the above-captioned matter, which was previously set for September 6, 2006. The continuance is necessary due to the work-related absence of defense counsel from the district on the previously set date. Defense counsel represents that a portion of the intervening time shall be spent on additional pretrial preparation. The parties agreed to continue the matter until October 25, 2006 at 2:30 p.m.

It is so stipulated.

DATED: September 6, 2006        \_\_\_\_\_/S/_____
RONALD TYLER
Assistant Federal Public Defender
Counsel for Alan Lachan


DATED: September 6, 2006        \_\_\_\_\_/S/_____
GREGG LOWDER
Assistant United States Attorney

STIP & ORDER CONTINUING
HEARING & EXCLUDING TIME
*United States v. Alan Lachan*
CR 06-0029 MMC                            - 1 -

**ORDER**

The Court finds as follows:

The ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and would unreasonably deny the defendant continuity of counsel.

The aforementioned ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, this matter is continued until October 25, 2006 at 2:30 p.m. Pursuant to the Speedy Trial Act, Title 18 United States Code §§3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period from September 6, 2006 until October 25, 2006 is excluded in computing the time within which the trial of this matter must commence.

IT IS SO ORDERED.

DATED: September 6, 2006

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING
HEARING & EXCLUDING TIME
*United States v. Alan Lachan*
CR 06-0029 MMC                                    - 2 -