# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 06-0029 MMC |
| ) | |
| Alan Lachan ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _February 21, 2007_ be continued until _April 4, 2007_ at _2:30 p.m._.

Date: DEC 2 0 2006

[signature]

NDC-PSR-009 12/06/04